■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFERSON ELLIOT, Appellant.—Judgment, Supreme Court, Bronx County (Steven Barrett, J.), rendered July 8, 1988, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him, as a second felony offender, to an indeterminate term of from 5 to 10 years' imprisonment, unanimously affirmed.

As established through the trial testimony and the photographic evidence, the victim of this chain-snatching incident suffered a painful beating consisting of punches to his face and upper body, which resulted in a blackened and swollen left eye, welts to his neck and chest area, and scratches to his neck. The sole issue on appeal is whether this evidence was sufficient as a matter of law to satisfy the element of physical injury required under subdivision (2) (a) of Penal Law § 160.10 for a conviction of robbery in the second degree.

Physical injury is defined as impairment of a physical condition or substantial pain (Penal Law § 10.00 [9]), with the latter being generally a question left to the trier of fact. *(People v Greene,* 70 NY2d 860, 863; *Matter of Philip A.,* 49 NY2d 198, 200.)* Where, as here, the physical injury is established not only subjectively through the complainant's testimony, but also objectively, the jury's determination should not be disturbed. *(People v Greene, supra; see, People v Rojas,* 61 NY2d 726.) Concur—Murphy, P. J., Asch, Kassal and Rosenberger, JJ.